

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-13-00608-CV

**SMITH-REAGAN & ASSOCIATES, INC.** d/b/a Smith-Reagan Insurance Agency,
Appellant

v.

**FORT RINGGOLD LIMITED**, Pete Diaz III, Aaron Diaz and Monica Aguillon,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-02-343
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

Julian Alderette's request for extension of time is **GRANTED**. Reporter's record must be filed by **February 24, 2014**. **NO FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE GRANTED.**

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court